*City of Yakima et al., Respondents, v. 1606 W. King St., Petitioner*, No. 93172-1. Petition for review of a decision of the Court of Appeals, No. 33267-5-III, April 28, 2016, 193 Wn. App. 1039. *Denied* September 28, 2016.

*Lutz et al., Respondents, v. Buffington et al., Petitioners*, No. 93174-7. Petition for review of a decision of the Court of Appeals, No. 32878-3-III, March 2, 2016, 192 Wn. App. 1058. *Denied* September 28, 2016.

*State, Respondent, v. Ramos, Petitioner*, No. 93177-1. Petition for review of a decision of the Court of Appeals, No. 73063-1-I, April 25, 2016, 193 Wn. App. 1033. *Denied* September 28, 2016.

*Martin et al., Petitioners, v. Smith et al., Respondents*, No. 93183-6. Petition for review of a decision of the Court of Appeals, No. 72597-1-I, February 8, 2016, 192 Wn. App. 527. *Denied* September 28, 2016.

*State, Respondent, v. Ljunghammar et al., Petitioners*, No. 93187-9. Petition for review of a decision of the Court of Appeals, Nos. 72067-8-I and 72069-4-I, April 25, 2016, 193 Wn. App. 1032. *Denied* September 28, 2016.

*Chester, Petitioner, v. Deep Roots Tattoo & Body Modification et al., Respondents*, No. 93188-7. Petition for review of a decision of the Court of Appeals, No. 73225-1-I, April 4, 2016, 193 Wn. App. 147. *Denied* September 28, 2016.

*Verdier et al., Petitioners, v. Bost et al., Respondents*, No. 93189-5. Petition for review of a decision of the Court of Appeals, No. 46095-5-II, March 8, 2016, 192 Wn. App. 1066. *Denied* September 28, 2016.

*Collins, Petitioner, v. State, Respondent*, No. 93190-9. Petition for review of a decision of the Court of Appeals, No. 47565-1-II, May 10, 2016, 193 Wn. App. 1051. *Denied* September 28, 2016.